**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| **In re** | * |
| | * |
| **HARRY LESLIE PANGLE, JR.** | *   Case No. 07-11271-SSM |
| | *   Chapter 7 |
| **Debtor.** | * |

### REPORT OF DEPOSIT OF SMALL DIVIDEND

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. 347, the Trustee submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends represent the dividends due and payable to:

| Creditor's name and Address | Amount of Dividend |
|---|---|
| FIA Card Services, N.A.<br>Successor to Bank of America, N.A.<br>Attn: Mr. Bk DE5-023-03-03<br>1000 Samoset Drive<br>Newark, NJ 19713 | $0.42 |

Date: 5/17/10

/s/ Donald F. King, Trustee
DONALD F. KING, TRUSTEE
9302 Lee Highway, Suite 1100
Fairfax, Virginia 22031

#1231178v1  REPORT OF SMALL DIVIDEND 31070/02026

